IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carrie E. Carter,

      Plaintiff,

      v.                   Case No. 2:18-cv-224

Commissioner of
Social Security,

      Defendant.


ORDER

This matter is before the court for consideration of the
August 2, 2019, report and recommendation of the United States
magistrate judge to whom this case was referred pursuant to 28
U.S.C. §636(b). The magistrate judge concluded that the
administrative law judge erred by mischaracterizing and by failing
to adequately address the opinion of Karen Terry, Ph.D., a state-
agency physician. The magistrate judge recommended that this case
be remanded to the Commissioner pursuant to 42 U.S.C.§405(g),
sentence four, for further evaluation and discussion of Dr. Terry's
opinion.

The report and recommendation specifically advised the parties
that failure to object to the report and recommendation within
fourteen days of the report "will result in a waiver of the right
to *de novo* review by the District Judge and waiver of the right to
appeal the judgment of the District Court." Doc. 21, p. 12. The
time period for filing objections to the report and recommendation
has expired, and no party has objected to the report and
recommendation.

The court adopts the report and recommendation of the

magistrate judge (Doc. 21).  The decision of the Commissioner is reversed, and this case is remanded to the Commissioner under §405, sentence four, for further administrative proceedings, as discussed in the report and recommendation.  The clerk shall enter judgment remanding this case to the Commissioner.

Date: August 20, 2019       s/James L. Graham
             James L. Graham
              United States District Judge